IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THURMON E. MOORE, II, #178615, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-13-WHA |
| | ) |
| CORIZON MEDICAL SERVICES, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 17, 2016, the Magistrate Judge entered a Recommendation (Doc. No. 38) addressing a Motion for Preliminary Injunction filed by the plaintiff (Doc. No. 1 at 27). No timely objections to the Recommendation have been filed. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that the plaintiff's Motion for Preliminary Injunction is DENIED.

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 8th day of April, 2016.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE