IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THURMON E. MOORE, II, #178615, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-13-WHA |
| | ) | |
| CORIZON MEIDICAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on April 25, 2018 (Doc. #56). There being no objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' motion for summary judgment is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the plaintiff.

A separate final judgment will be entered in accordance with this order.

DONE this 15th day of May, 2018.

                                                 /s/ W. Harold Albritton
                                  SENIOR UNITED STATES DISTRICT JUDGE